VON S. HEINZ
Nevada Bar No. 859
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)
Attorneys for Defendants
COX ENTERPRISES, INC. and
AETNA LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA RADA,<br><br>            Plaintiff,<br><br>      vs.<br><br>COX ENTERPRISES, INC., a Georgia Corporation, as Plan Administrator of the Cox Enterprises, Inc. Welfare Benefits Plan; AETNA LIFE INSURANCE COMPANY, as Claims Administrator of the Cox Enterprises, Inc. Welfare Benefits Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>           Defendants | Case No.:  2:11-cv-00652-ECR-CWH<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY stipulated by and between Plaintiff Sandra Rada and defendants Cox Enterprises, Inc. and Aetna Life Insurance Company that the above-captioned action shall be dismissed with prejudice.

///

///

///

///

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-1-

3083679.1

1    IT IS FURTHER stipulated that each party shall bear her/its own costs and attorneys' fees.

2

3    LAW OFFICES OF JULIE A. MERSCH        LEWIS AND ROCA LLP

4
     By /s/ Julie A. Mersch                 By /s/ Von S. Heinz
5     JULIE A. MERSCH                        VON S. HEINZ
      Nevada Bar No. 4695                    Nevada Bar No. 859
6     1100 E. Bridger Avenue                 Suite 600
      Las Vegas, Nevada 89101                3993 Howard Hughes Parkway
7     Attorney for Plaintiff                 Las Vegas, Nevada 89169
      SANDRA RADA                            Attorneys for Defendants
8    Dated:  September 7, 2012               COX ENTERPRISES, INC. and

9                                            AETNA LIFE INSURANCE COMPANY
                                             Dated:  September 7, 2012
10

11

12                                           IT IS SO ORDERED:

13

14                                           By  _Edward C. Reed._____

15                                           UNITED STATES DISTRICT JUDGE
                                             Dated:  September 11, 2012        ___
16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3083679.1